UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
POTTER STEWART U.S. COURTHOUSE
100 E. FIFTH STREET
CINCINNATI, OHIO 45202-3988

SIXTH CIRCUIT NO.: 12-3653

CONSOLIDATION COAL COMPANY,
    Petitioner,

v.

LORENE MAYNES, Widow of
CLEVING G. MAYNES,
    Respondent,

and

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
U.S. DEPARTMENT OF LABOR,
    Party-in-Interest.

## RESPONDENT'S COUNSEL'S MOTION FOR ATTORNEY FEE

Comes now the undersigned counsel for the Respondent, Lorene Maynes, and hereby moves the Court for an award of a reasonable attorney fee from the Petitioner, the Responsible Operator, in this case, for counsel's representation of Respondent before the Sixth Circuit Court of Appeals.

As grounds, Respondent's counsel states that 20 CFR § 725.367(a) provides for payment of a reasonable attorney fee to the Claimant's attorney by the Responsible Operator, in this case Plaintiff, for Claimant's attorney's successful prosecution of a federal Black Lung case. Further, 20 CFR § 725.366(a) provides for such a fee request to the district director, administrative law

Page 1 of 2 pages

judge, or appropriate appellate tribunal, the latter including the Sixth Circuit Court of Appeals. That the Sixth Circuit is included under the regulations regarding attorney fees is further indicated by 20 CFR § 725.367(b), which states that any fee under this section is in addition to an award of benefits to a Claimant and shall be awarded by the district director, administrative law judge, Board, or court before which the work was performed. Thus, it is clear that the relevant regulations provide for an attorney fee to Claimant's counsel for successful prosecution of a federal Black Lung case before the Sixth Circuit Court of Appeals, and in this case the Court's decision, rendered on January 9, 2014, is fully favorable to the Respondent/Claimant herein.

Finally, undersigned counsel states that $200.00 per hour is a reasonable hourly rate for his work in this case, and that based upon his 61.25 hours of time expended on the case, should entitle him to an attorney fee award of $12,250.00, which the undersigned hereby requests be awarded to him from the Petitioner/Responsible Operator by the Court.

In support of the Motion, a completed Application for Approval of a Representative's Fee in a Black Lung Claim Proceeding Conducted by the U.S. Department of Labor, a completed Chart of Attorney Time, and supporting information concerning the undersigned's qualifications and hourly pay calculations in federal Black Lung cases are attached.

JOHN L. GRIGSBY
Appalachian Research and Defense Fund
 of Kentucky, Inc.
460 Court Square
Barbourville, Kentucky 40906
(606) 546-5115
Fax.: (606) 546-5117
ATTORNEY FOR RESPONDENT LORENE
MAYNES

Page 2 of 2 pages

**Application for Approval of a Representative's Fee In a Black Lung Claim Proceeding Conducted by The U.S. Department of Labor**

**U.S. Department of Labor**
Office of Worker's Compensation Programs
Division of Coal Mine Workers' Compensation



NOTE: No fee for services performed may be paid under this program unless the information prescribed by existing regulations is provided to this office. Disclosure of your Social Security Number is voluntary; the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled.

OMB No. 1240-0011
Expires: 12-31-2010

1. In accordance with the provisions of the Black Lung Benefits Act (30 U.S.C. 901 et seq.), 33 U.S.C. 928 and the regulations of the U.S Department of Labor governing the administration of such Act (20 CFR 725.365 et seq.), I the undersigned hereby make application for a representative's fee for my services rendered from: 6/4/2012 19___ to 1/10/2014 19___ in the claim of: Lorene Maynes (Client's Name)
before the: (Check only one block)
☐ District Director   ☐ Administrative Law Judge   ☐ Benefits Review Board   ☒ (Other) (Specify) 6th Circuit

2. Miner's Name: Cleving G. Maynes
3. Miner's Claim Number: XXX-XX-2219 LW C

4. Services Rendered (Use blank sheet of paper if additional space is needed)

| (a) Date Rendered | (b) Itemized services rendered (See reverse side for instructions) | (c) Professional Status of Person Who Performed the Service | (d) Usual Billing Rate Per Hour at Time of Service | (e) Time to Nearest 1/4 Hour |
|---|---|---|---|---|
| | See attached sheets | | | |

Total Time Expended on Case During Period:

5. Miscellaneous Expenses (Use blank sheet of paper if additional space is needed)

| (a) Date Rendered | (b) Itemize unreimbursed expenses incurred in connection with claim (See Reverse) | (c) Cost |
|---|---|---|
| | | $ |

Total Miscellaneous Expenses Incurred:

6. Total Fee Requested (Amount of fee requested for services rendered and expenses incurred during the period designated in block 1 and itemized in blocks 4 and 5): $ 12,250.00

7. Explain on a separate sheet the nature and extent of any unusual circumstances or any other relevant data which should be considered in approving your fee. (Note: As stated in 20 CFR 725.365, no lay representative is entitled to a lien against the award.

8. Did you or your firm receive or request any fee for services rendered to the claimant in any claim for pneumoconiosis (black lung) benefits before any state or federal agency?
☒ Yes   ☐ No
If YES, show amount: $ 2,750.00

9. Did you request monies from this claimant to place in an escrow account or to use as expense advances?
☐ Yes   ☒ No
If YES, show amount: $_____
and itemize on separate sheet. (See Reverse)

Certification: I certify that the fees and expenses listed in blocks 4 through 9 constitute the complete claim for representing this client during the period and before the adjudication official indicated in block 1. Any claim for fees or expenses for services rendered during a period or before an official other than the period and official indicated in block 1 will be submitted on a separate CM-972. I have made no agreement and will make no other claim (unless disclosed in block 8) which would entitle me to any portion of the proceeds the client may be awarded under the terms of any Act administered by the Office of Workers' Compensation Programs. I certify that I have furnished a copy of this application and any attachments to the person for whom the above services were performed and to all other parties in the claim. I certify that the information given by me on this application is true and correct to the best of my knowledge. I am aware that severe penalties, including fine and imprisonment, may be invoked under 33 U.S.C. 928(e) whenever any person receives an unauthorized fee for services rendered, or under 30 U.S.C. 941 whenever any person willfully makes a false or misleading statement or representation for the purpose of obtaining payment under 30 U.S.C. 901 et seq.

10. Signature of Representative: [signature]
11. Date: 1/13/2014
12. Telephone No. (Include Area Code): (606) 546-5115
13. Name and Address of Representative (Print or type): John L. Grigsby, ARDF of Ky., Inc. 460 Court Square, Barbourville, Ky
14. Representative's Social Security Number or IRS Identification Number: 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

40906

Form CM-972
Rev. Sept. 1999

BEFORE 6TH CIRCUIT COURT OF APPEALS

MINER: CLEVING G. MAYNES
CLAIMANT: LORENE MAYNES
CASE NO.: 12-3653
ATTORNEY: JOHN L. GRIGSBY

| (A) DATE RENDERED | (B) ITEMIZED SERVICE RENDERED | (C) WHO PERFORMED SERVICE | (D) USUAL RATE | (E) TIME EXPENDED (HOURS) |
|---|---|---|---|---|
| 6/4/2012 | Reviewing 6th Circuit appeal document | Attorney | $200 hr. | .25 |
| 6/5/2012 | Draft 6th Circuit Appearance of Counsel form | " " " " " " | " " " " " " | .25 |
| 6/5/2012 | Complete corporate disclosure form | " " " " " " | " " " " " " | .25 |
| 6/15/2012 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 7/5/2012 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 7/20/2012 | Call to opposing counsel | " " " " " " | " " " " " " | .25 |
| 7/25/2012 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 8/1/2012 | Reviewing documents from 6th Circuit | " " " " " " | " " " " " " | .25 |
| 8/30/2012 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 2/1/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 2/11/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |

| | | | | |
|---|---|---|---|---|
| 2/12/2013 | Draft Reply to Response to Show Cause M. | " " " " " " | " " " " " " | 3.75 |
| 3/21/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 4/19/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 4/22/2013 | E-mail to D o L about case | " " " " " " | " " " " " " | .25 |
| 5/9/2013 | Legal research | " " " " " " | " " " " " " | 2.50 |
| 5/13/2013 | Call to Black Lung office | " " " " " " | " " " " " " | .25 |
| 5/13/2013 | Reviewing document | " " " " " " | " " " " " " | .25 |
| 5/13/2013 | Call from Black Lung office | " " " " " " | " " " " " " | .25 |
| 5/13/2013 | Printing out cases as precedent, and reviewing | " " " " " " | " " " " " " | 1.25 |
| 5/16/2013 | Working on 6th Circuit brief | " " " " " " | " " " " " " | 6.5 |
| 5/17/2013 | Meeting with law clerk about case | " " " " " " | " " " " " " | .25 |
| 5/17/2013 | Getting more cases | " " " " " " | " " " " " " | .25 |
| 5/20/2013 | E-mail to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 5/20/2013 | Working on 6th Circuit brief | " " " " " " | " " " " " " | 1.75 |
| 5/21/2013 | E-mail to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 5/23/2013 | Copying documents, etc. | " " " " " " | " " " " " " | .75 |

| | | | | |
|---|---|---|---|---|
| 5/23/2013 | Access, print out, and review law clerk memo. | " " " " " " | " " " " " " | .50 |
| 5/23/2013 | Working on 6th Circuit brief | " " " " " " | " " " " " " | 5.0 |
| 5/24/2013 | Legal research | " " " " " " | " " " " " " | .50 |
| 5/24/2013 | Working on 6th Circuit brief | " " " " " " | " " " " " " | 5.0 |
| 5/28/2013 | Meeting with Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 5/30/2013 | Telephone call to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 5/30/3013 | Completing 6th Circuit brief, and typing up | " " " " " " | " " " " " " | 5.5 |
| 5/31/2013 | Reviewing document | " " " " " " | " " " " " " | .25 |
| 5/31/2013 | E-mail to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 5/31/2013 | Proof, print, copy, and mail brief | " " " " " " | " " " " " " | 1.0 |
| 5/31/2013 | Review Motion | " " " " " " | " " " " " " | .50 |
| 6/3/2013 | Call from related to case | " " " " " " | " " " " " " | .25 |
| 6/3/2013 | Reviewing document | " " " " " " | " " " " " " | .25 |
| 6/6/2013 | Reviewing document | " " " " " " | " " " " " " | .25 |
| 7/8/2013 | Access, print out, and review D o L brief | " " " " " " | " " " " " " | .75 |
| 7/9/2013 | E-mail to attny. | " " " " " " | " " " " " " | .25 |

| | | | | |
|---|---|---|---|---|
| 7/11/2013 | E-mail to attorney about case | " " " " " " | " " " " " " | .25 |
| 7/12/2013 | Call to opposing counsel | " " " " " " | " " " " " " | .25 |
| 7/15/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 8/2/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 9/30/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 9/30/2013 | Download form and send to 6th Circuit | " " " " " " | " " " " " " | .25 |
| 10/2/2013 | E-mail to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 10/3/2013 | E-mail to Black Lung attorney | " " " " " " | " " " " " " | .25 |
| 10/28/2013 | Reviewing documents | " " " " " " | " " " " " " | .25 |
| 10/28/2013 | E-mailing research question to law clerk supervisor | " " " " " " | " " " " " " | .25 |
| 11/4/2013 | Copying and mailing materials | " " " " " " | " " " " " " | .25 |
| 11/4/2013 | Letter to law clerk supervisor | " " " " " " | " " " " " " | .25 |
| 11/12/2013 | Reviewing regulations related to case | " " " " " " | " " " " " " | .25 |
| 11/12/2013 | Call to 6th Circuit about case | " " " " " " | " " " " " " | .25 |
| 11/12/2013 | Call to client's | " " " " " " | " " " " " " | .25 |

| | daughter about case | | | |
|---|---|---|---|---|
| 11/15/2013 | Call to D o L attorney about case | " " " " " " | " " " " " " | .25 |
| 11/21/2013 | Travel to Fort Wright for 6th Circuit appearance | " " " " " " | " " " " " " | 4.0 |
| 11/21/2013 | Reviewing documents and taking notes for oral argument | " " " " " " | " " " " " " | 2.0 |
| 11/22/2013 | Travel on to Cincinnati, for oral argument | " " " " " " | " " " " " " | .50 |
| 11/22/2013 | Oral argument, including wait time | " " " " " " | " " " " " " | 3.0 |
| 11/22/2013 | Return to Barbourville from oral argument | " " " " " " | " " " " " " | 4.5 |
| 1/7/2014 | E-mail to supervisor about case | " " " " " " | " " " " " " | .25 |
| 1/10/2014 | Reviewing 6th Circuit decision | " " " " " " | " " " " " " | .25 |
| 1/10/2014 | E-mail to supervisor about decision | " " " " " " | " " " " " " | .25 |
| | | | Total fee requested: $12,250.00 | Total time: 61.25 hours |

MINER: CLEVING G. MAYNES  
CLAIMANT: LORENE MAYNES

CASE NO.: 12-3653 (6TH CIRCUIT)  
ATTORNEY: JOHN L. GRIGSBY

     I am an attorney with over 17 years of experience practicing law, including approximately 15 years of federal Black Lung practice. Therefore, I am experienced in handling federal Black Lung benefits claims, and I have represented many claimants at all stages of the proceedings, from the District Director level to the United States Court of Appeals for the Sixth Circuit. The fee requested in this application, based upon a rate of $200 per hour, is consistent with the hourly rate approved by other Administrative Law Judges in other decisions reported in the Black Lung Reporter. See Browning v. Director, OWCP, 16 BLR 3-99 (1992); Fields v. Harman Mining Corporation, 16 BLR 3-400 (1992); and Greene v. Armco, 16 BLR 3-318 (1992). See also Amax Coal Co. v. Director, OWCP, 312 F.3d 882 (7th Cir. 2002) (affirming ALJ's award of $200 per hour attorney fee to Claimant's attorney). Few claimants are able to win federal Black Lung benefits, evident in the recent amendments to federal Black Lung law, in 2001 and 2010, designed to increase the number of awards in such cases. In view of the limited likelihood of success, claimants' attorneys should, when they prevail, be compensated with fees higher than those paid for routine legal services. See Walker v. Armco Steel Corp., 16 BLR 3-820 (1992).

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion, with referenced attachments, was served upon the following by electronic filing on this the 14th day of January, 2014:

Mr. Leonard Green, Clerk
United States Court of Appeals for the
  Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

Mr. Barry H. Joyner
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2117
Washington, D.C. 20210

Mr. William S. Mattingly
Jackson Kelly PLLC
P.O. Box 619
Morgantown, West Virginia 26507

Mr. Waseem Anwar Karim
Jackson Kelly PLLC
175 East Main Street
P.O. Box 2150
Lexington, Kentucky 40588-2150

Ms. Carolyn Stamper
OBO Estate of Lorene Maynes
P.O. Box 67
Trosper, Kentucky 40995-0067

with a hard copy also sent by regular U.S. mail to Mr. Joyner, Mr. Mattingly, Mr. Karim, and Ms. Stamper on this same date.

JOHN L. GRIGSBY
ATTORNEY AT LAW