Case No. 12-3653

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CONSOLIDATION COAL COMPANY

    Petitioner

v.

LORENE MAYNES, Widow of Cleving G. Maynes; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; U.S. DEPARTMENT OF LABOR

    Respondents

BEFORE:  DAUGHTREY, GIBBONS, and  DONALD, Circuit Judges

    Upon consideration of the respondent's motion for attorney fees,

    It is ORDERED that the motion is hereby **GRANTED**.

                                    **ENTERED BY ORDER OF THE COURT**
                                    Deborah S. Hunt, Clerk

Issued: January 22, 2014