Case No. 12-3653

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CONSOLIDATION COAL COMPANY

      Petitioner

v.

LORENE MAYNES, Widow of Cleving G. Maynes; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; U.S. DEPARTMENT OF LABOR

      Respondents

BEFORE:  DAUGHTREY, GIBBONS and DONALD, Circuit Judges

    Upon consideration of the petitioner's motion to reconsider a previous order granting attorney fees,

    It is hereby ORDERED that the motion is hereby **DENIED**.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: February 04, 2014